UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

DENNIS WIGGINS, ERICKA WIGGINS :

: CIVIL #07-05033 (RBK)

Plaintiff(s),

:

-vs- : **ORDER OF DISMISSAL**

:

CLEMENTON POLICE DEPT., ET AL.

:

Defendant(s).

:

---

It having been reported to the Court that the above-captioned action has been settled;

It is on this 27TH  **Day of August 2009**;

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 90 days, to reopen this action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

_____
HON. ROBERT B. KUGLER, U.S.D.J.

cc: Hon. Joel Schneider, U.S. Magistrate
     Ari R. Karpf, Esq.
     Jeremy M. Cerutti, Esq.
     Justin L. Swidler, Esq.
     Richard S. Swartz, Esq.
     John M. Borelli, Esq.
     Matthew B. Wieliczko, Esq.
     File